IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AMANDO G. SANDERS,

        Plaintiff,         1: 07 CV 1252 LJO WMW PC

  vs.         ORDER DISMISSING ACTION

M. LOZANO,

        Defendant.

    Plaintiff has filed a motion for voluntary dismissal of this action. Plaintiff indicates that he has not exhausted his available administrative remedies. There has been no service of process, and no defendant has entered an appearance. This action should therefore be dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

    Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice on Plaintiff's motion.

IT IS SO ORDERED.

**Dated:  August 26, 2008**          **/s/ Lawrence J. O'Neill**
                                             UNITED STATES DISTRICT JUDGE